```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/11
```

# LANKLER SIFFERT & WOHL LLP
### ATTORNEYS AT LAW

33RD FLOOR
500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX   (212) 764-3701

November 29, 2011

**BY FACSIMILE**

Honorable Harold Baer, Jr.
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

Re: *Wolters Kluwer Financial Services, Inc. v. Scivantage et al.*, No. 07-CV-2352 (HB); *In the matter of Kristan Peters*, M-2-238

Dear Judge Baer:

As the Court is aware, we represent Dorsey & Whitney LLP ("Dorsey") and certain of its partners and former employees in the above-captioned cases. On November 22, 2011, we faxed a letter to Your Honor's chambers requesting permission to produce the entire record on appeal in the *Wolters Kluwer* action in response to a document subpoena addressed to Dorsey in the *Kristan Peters* action. On November 23, 2011, counsel for Ms. Peters served several partners and former employees of Dorsey with subpoenas duces tecum for depositions in the *Kristan Peters* action. Those depositions are now being scheduled on an expedited basis to occur in December and early January in order to allow the disciplinary hearing in the *Kristan Peters* action to proceed on the adjourned date of January 31, 2012.

Many of the documents responsive to the subpoenas are contained in the record on appeal, which remains subject to Your Honor's confidentiality order referred to in my November 22 letter. Counsel for the Grievance Committee in the *Kristan Peters* action has asked us to produce copies of the record on appeal as soon as possible. We are prepared to make that production as soon as Your Honor rules on our pending request for permission.

Respectfully yours,

Frank H. W[...]



SO ORDERED
Harold Baer, Jr., U.S.D.J.
Date: 11/30/11

LANKLER SIFFERT & WOHL LLP

Hon. Harold Baer, Jr.
November 29, 2011
Page 2

cc:   Brian Fischer, Esq. (counsel for Wolters Kluwer Financial Services, Inc.)
Charles Sklarsky, Esq. (counsel for Wolters Kluwer Financial Services, Inc.)
Marc S. Reiner, Esq. (*pro se*)
Jim El Nabli, Esq. (counsel for Scivantage, Charchour, Routh, and Alves)
George Richardson, III, Esq. (counsel for Doss, Routh, and Alves)
Kristan Peters, Esq. (*pro se*)
Roger L. Stavis, Esq. (counsel for Ms. Peters in the Grievance Committee proceeding)
David B. Tulchin, Esq. (counsel for the Grievance Committee)
Philip L. Graham, Jr., Esq. (counsel for the Grievance Committee)

Endorsement:

You have my permission and I gather from your November 22, 2011 letter it is on consent. It is provided (my permission) with the carve out in the last paragraph of your November 22, 2011 letter and should a further protective order be sought by any parties I will be glad to revisit it.